UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELBERT RONDEL GARDNER,<br><br>    Plaintiff,<br><br>  v.<br><br>DIAZ, et al.,<br><br>    Defendants. | NO. LA CV 20-02221-VBF-AGR<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge ("Report").  No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

    IT IS ORDERED that Defendant's motion to dismiss the First Amended Complaint is granted with leave to amend as to the individual capacity claims and without leave to amend as to official capacity claims.  Plaintiff is granted leave to file a Second Amended Complaint no later than Friday, November 12, 2021.

    If Plaintiff chooses to file a Second Amended Complaint, it must be filed within 30 days after entry of this Order, it must bear the docket number assigned to this case, be labeled "Second Amended Complaint," and be complete in and of itself without reference to the original complaint, attachment, pleading or other documents.

The Clerk is DIRECTED to provide Plaintiff with a pro se civil rights packet.

**Plaintiff is advised that if he fails to file a corrected Second Amended Complaint by Friday, November 12, 2021, this action may be dismissed for lack of prosecution and failure to comply with court order.**

DATED: September 30, 2021             /s/ Valerie Baker Fairbank
                                      _____
                                      The Honorable Valerie Baker Fairbank
                                      Senior United States District Judge